*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 2, 2017                    522263
_____

In the Matter of JOHNATHAN
    JOHNSON,
                    Appellant,

         v                                    MEMORANDUM AND ORDER

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  November 29, 2016

Before:  Peters, P.J., Garry, Lynch, Devine and Mulvey, JJ.

_____

        Johnathan Johnson, Malone, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Jeffrey W.
Lang of counsel), for respondent.

_____

        Appeal from a judgment of the Supreme Court (Feldstein,
J.), entered November 24, 2015 in Franklin County, which
dismissed petitioner's application, in a proceeding pursuant to
CPLR article 78, to review a determination of the Central Office
Review Committee denying petitioner's grievance.

        Judgment affirmed.  No opinion.

        Peters, P.J., Garry, Lynch, Devine and Mulvey, JJ., concur.

ORDERED that the judgment is affirmed, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court